UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:18-CR-148 |
| | ) |
| JOSHUA TOWNSEND | ) |

**MEMORANDUM AND ORDER**

Now before the court is the defendant's motion to continue trial. [Doc. 428]. Therein, the defendant asks for an unspecified resetting of his February 4, 2020 trial date because his attorney has been in an unrelated and ongoing federal criminal trial since October of 2019. The motion states that it is not opposed by the prosecution.

The motion will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court finds that failing to grant the motion would deny the defense reasonable time necessary for effective preparation and would unreasonably deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The motion to continue [doc. 428] is accordingly **GRANTED**. Trial is **CONTINUED** from February 4, 2020, to **Tuesday, June 23, 2020, at 9:00 a.m.** The trial will be held **in Knoxville**. The plea cutoff deadline is reset to June 5, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge