UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  No. 2:18-CR-148 |
| | ) |
| JOSHUA TOWNSEND | ) |

## **MEMORANDUM AND ORDER**

Now before the court is the United States' motion to continue trial. [Doc. 565]. Therein, the prosecution explains that the motion is unopposed by the defense and is "part of joint strategy aimed at reaching a just outcome." According to the motion, the parties remain engaged in negotiations to resolve this case without a trial, but those efforts have been delayed by various factors including the COVID-19 pandemic.

The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court finds that failing to grant the motion would deny the defense reasonable time necessary for effective preparation should the parties' plea negotiations ultimately prove unsuccessful. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The motion [doc. 565] is accordingly **GRANTED**. Trial is **CONTINUED** from June 23, 2020, to **Tuesday, August 25, 2020, at 9:00 a.m.** in Knoxville. The plea cutoff deadline is reset to August 7, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge