UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:20-CR-082 |
| | ) | 2:18-CR-148 |
| | ) | |
| JOSHUA TOWNSEND | ) | |

## O R D E R

On November 18, 2020, United States Magistrate Judge C. Clifford Shirley conducted a change of plea hearing and filed a Report and Recommendation ("R&R") recommending: (1) that the Court find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) that the defendant's plea of guilty to the charge in Count One of the information in Case No. 2:20-CR-082 be accepted; (3) that the defendant be found guilty of that charge; and (4) that a decision on whether to accept the plea agreement be deferred until sentencing. [Case No. 2:20-CR-082, doc. 7; Case No. 2:18-CR-148, doc. 609]. No objections have been filed to the R&R, and the time for doing so has now passed. *See* Fed. R. Crim. P. 59(b)(2).

The Court has thoroughly reviewed the R&R. Having done so, Magistrate Judge Shirley's R&R [Case No. 2:20-CR-082, doc. 7; Case No. 2:18-CR-148, doc. 609] is **ACCEPTED** and **ADOPTED** in full.

Pursuant to 28 U.S.C. § 636(b)(1), it is **ORDERED** that:

1. The plea hearing conducted in this case on November 18, 2020, could not have been further delayed without serious harm to the interests of justice;

2. The defendant's plea of guilty to the charge in Count One of the information in Case No. 2:20-CR-082, that is, of knowingly, intentionally, and unlawfully possessing cocaine base, in violation of 21 U.S.C. § 844(a), is **ACCEPTED**;

3. The defendant is **ADJUDGED** guilty of Count One of the information in Case No. 2:20-CR-082; and

4. The decision whether to accept the parties' plea agreement is **DEFERRED** until sentencing, which will take place on **Tuesday, April 6, 2021, at 10:00 a.m.** in Knoxville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge